**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CORELANIUS T. PHILLIPS
ADC #99996                                                                                              PETITIONER

VS.                                          5:05CV00343 SWW/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                      RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion for Summary Judgment (docket entry #14) and Motion for Judgment on the Pleadings (docket entry #15) are DENIED.

2. Respondent's Motion to Dismiss (docket entry #11) is GRANTED, and this case is DISMISSED, WITH PREJUDICE.

Dated this 2nd day of March, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE