**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| CORELANIUS T. PHILLIPS<br>ADC #99996 | PETITIONER |
| VS.                     5:05CV00343 SWW/JTR | |
| LARRY NORRIS, Director,<br>Arkansas Department of Correction | RESPONDENT |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (docket entry #2), is DENIED, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 2nd day of March, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE